UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BROWN,

    Plaintiff,

v.

WILLIE SMITH, et al.,

    Defendants.

_____/

Case No. 1:16-cv-235

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: April 15, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge